

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BRENDA GUADALUPE TREVINO, | § | No. 08-14-00216-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court at Law |
| THE STATE OF TEXAS, | § | Number Two |
| Appellee. | § | of El Paso County, Texas |
| | § | (TC# 20140C02462) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF JANUARY, 2017.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J., not participating